**Order entered September 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00671-CR

### RODRICK ONEALL TAYLOR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75219-W**

## ORDER

Before the Court is appellant's September 23, 2019 motion to extend the time for filing his brief. We **GRANT** the motion. Appellant's brief shall be due on or before October 23, 2019.

/s/    BILL PEDERSEN, III
        JUSTICE